IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINION RESOURCES INC. et al** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | **NO. 15-224** |
| **ALSTOM GRID, INC.** | : | |

## ORDER

**AND NOW**, this 11th day of February 2016, upon consideration of Defendant's motion to compel two (2) day expert depositions (ECF Doc. No. 114) and Plaintiffs' Opposition (ECF Doc. No. 115), it is **ORDERED** Defendant's Motion (ECF Doc. No. 114) is **GRANTED conditioned upon** experienced counsel evaluating and describing to opposing counsel the amount of additional time and the specific need to depose an expert witness for more than seven (7) hours consistent with counsels' good faith obligations under Fed. R. Civ. P. 30(d) and potential sanctions including an award of fees or expenses for unreasonable or duplicative questioning.

_____
KEARNEY, J.