UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINION RESOURCES, INC. and VIRGINIA ELECTRIC AND POWER COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALSTOM GRID LLC,<br><br>    Defendant. | Civil Action No. 2:15-cv-00224-MAK<br><br>JURY TRIAL DEMANDED |

**MOTION TO STRIKE UNTIMELY EXPERT REPORT OF DR. CHIKA NWANKPA**

For the reasons explained in the attached memorandum, Dominion moves to strike the "Supplemental Expert Invalidity Report of Dr. Chika Nwankpa," which was served on Friday, February 5th.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    By:  /s/ Salvatore P. Tamburo

                                           Salvatore P. Tamburo