IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINION RESOURCES INC. et al | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 15-224 |
| ALSTOM GRID, INC. | : | |

## ORDER

**AND NOW**, this 21th day of December 2016, upon consideration of Defendant's Motion to enter judgment as a matter of law, to grant new trial, to set aside or reduce damages award and/or to reconsider, correct, or amend judgment order (ECF Doc. No. 349), Plaintiff's Opposition (ECF Doc. No. 355), Defendant's Reply (ECF Doc. No. 357), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 349) is **DENIED**.

KEARNEY, J.